UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAN and ESTELLA CABIAO,<br><br>                Plaintiff,<br><br>    v.<br><br>JOHN SUYES,<br><br>                Defendant. | CASE NO. C10-1756MJP<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

      On November 2, 2010 Defendant filed a motion to dismiss Plaintiffs' complaint (Dkt. No. 7), and assigned it a noting date of November 12, 2010.  Defendant is referred to Local Rule 7(d)(3), which clearly states that dispositive motions are to be noted for consideration no earlier than the fourth Friday after filing and service of the motion.

      Defendant's motion to dismiss is hereby re-noted to **November 26, 2010.**

      The clerk is ordered to provide copies of this order to Plaintiffs and Defendant's counsel.

MINUTE ORDER- 1

1   Filed this _2nd_ day of November 2010.

2

3                                                    William M. McCool
                                                     Clerk of Court

4
                                                     s/Mary Duett
5                                                    Deputy Clerk

MINUTE ORDER- 2