## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLEN CABIAO, et al.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN SUYES,<br><br>　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:10-CV-01756-MJP |

\_\_　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx　　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's 12(b)(6) motion is GRANTED, and the matter is DISMISSED with prejudice.

Dated March _17_, 2011.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Mary Duett
　　　　　　　　　　　　　　　　　　Deputy Clerk